Jeremy S. Goldman (SBN 306943)
jgoldman@fkks.com
FRANKFURT KURNIT KLEIN + SELZ PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (310) 579-9650

Attorneys for LIGHT & WONDER, INC.

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
P (310) 579-9600

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re Subpoena to Apple Inc. | CIVIL ACTION NO. 3:26-mc-80349<br><br>**DECLARATION OF JEREMY S. GOLDMAN IN SUPPORT OF REQUEST FOR DMCA SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
P (310) 579-9600

**DECLARATION OF JEREMY S. GOLDMAN**

I, Jeremy S. Goldman, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner at Frankfurt Kurnit Klein + Selz PC, attorneys for Petitioner Light & Wonder, Inc. ("L&W"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration in support of L&W's request, pursuant to 17 U.S.C. § 512(h), for a subpoena to Apple Inc. ("Apple").

**17 U.S.C. § 512(h) Authorizes the Clerk of the Court to Issue Subpoenas to Service Providers for Identification of Copyright Infringers**

2. 17 U.S.C. § 512(h)(1) provides that "[a] copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States district court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection."

3. Pursuant to Section 512(h)(2), the request must include:

(A) a copy of a notification described in subsection (c)(3)(A);

(B) a proposed subpoena; and

(C) a sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

4. Section 512(h)(4) provides that, upon receipt of the above materials, "the clerk shall expeditiously issue and sign the proposed subpoena and return it to the requester for delivery to the service provider."

5. The subpoena issued by the Clerk "shall authorize and order the service provider receiving the notification and the subpoena to expeditiously disclose to the copyright owner or person authorized by the copyright owner information sufficient to identify the alleged infringer of the material described in the notification to the extent such information is available to the service provider." 17 U.S.C. § 512(h)(3).

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
P (310) 579-9600

**Apple Is a Service Provider**

6. L&W develops and distributes casino and free-to-play mobile casino-style games that embody copyright-protected expression, including characters, symbols, artwork, settings, interface designs, and animated sequences.

7. Apple distributes the mobile application "Jackpot Winning," also listed as "Jackpot Winning- Endless Fun," (the "Infringing Application") through its App Store. The Infringing Application contains more than 25 games that copy L&W's without authorization, which are identified in L&W's Notification. Apple stores the Infringing Application on its systems and makes it available for download at the direction of the developer that submitted it, and is therefore a "service provider" within the meaning of 17 U.S.C. § 512(k)(1)(B).

**This Request Meets Each Requirement of 17 U.S.C. § 512(h)(2)**

8. This request meets each requirement of 17 U.S.C. § 512(h)(2).

9. Attached hereto as **Exhibit A** is a true and accurate copy of the notification of infringement that L&W submitted via FedEx and email to Apple's designated Copyright Agent on November 10, 2026 pursuant to 17 U.S.C. § 512(c)(3).

10. A copy of the proposed subpoena to be issued to Apple is being filed on ECF herewith as a separate event.[1] The proposed subpoena seeks information sufficient to identify the alleged infringer, as set forth in Attachment A thereto.

11. Pursuant to 17 U.S.C. § 512(h)(2)(C), I hereby swear that the purpose of the subpoena is to obtain the identity of the alleged infringer of the material described in L&W's notification. The information obtained will be used only for the purpose of protecting the rights granted to our client, Light & Wonder, Inc., under the U.S. Copyright Act, 17 U.S.C. § 101 et seq.

12. Based on the foregoing, I respectfully request that the Clerk of the Court expeditiously issue and sign the proposed subpoena and return it to the undersigned via ECF to be

[1] 17 U.S.C. § 512(h)(6) provides that "the procedure for issuance and delivery of the subpoena, and the remedies for noncompliance with the subpoena, shall be governed to the greatest extent practicable by those provisions of the Federal Rules of Civil Procedure governing the issuance, service, and enforcement of a subpoena duces tecum." Accordingly, the proposed subpoena is prepared in accordance with Fed. R. Civ. P. 45.

served on Apple.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of November, 2026, at Los Angeles, California.

*/s/ Jeremy S. Goldman*
Jeremy S. Goldman

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
P (310) 579-9600